UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JESSE BOONE JACOBS,

    Plaintiff,

v.                                               Case No. 3:22cv7595-LC-HTC

ESCAMBIA COUNTY,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 2, 2023 (ECF No. 50), recommending dismissal for Plaintiff's failure to state a claim. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 50) is adopted and incorporated by reference in this order.

2. Defendant Escambia County's motion to dismiss for failure to state a claim (ECF No. 33) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

3. Defendant Escambia County's motion to dismiss as a sanction (ECF No. 42) is DENIED AS MOOT.

4. Plaintiff's motion to appoint counsel (ECF No. 49) is DENIED AS MOOT.

5. The clerk shall close the file.

**DONE AND ORDERED** this 6th day of June, 2023.

                      *s/L.A. Collier*
                      **LACEY A. COLLIER**
                      **SENIOR UNITED STATES DISTRICT JUDGE**